**DIAMOND LUMBER, INC.,** Respondent,

v.

**Dr. Schabin JONSSON and Marshall Reynolds, Appellants.**

**No. WD 41866.**

Missouri Court of Appeals, Western District.

Jan. 16, 1990.

Carl E. Laurent, Richard Walton Sullivan, Independence, for appellants.

James M. Tobin, Juliann W. Graves, Murphy & Tobin, Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from judgment imposing a mechanics lien on real estate. Judgment affirmed. Rule 84.16(b).